# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Leonardo Estrada

                V.

K Allison and Edmund G Brown, Jr

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10CV1901-BTM(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court adopts the Report and Recommendations. The Motion to Dismiss is Granted and the Petition for Writ of Habeas Corpus is Dismissed. The Court Denies a Certificate of Appealability.

| January 3, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ E Silvas |
|  | (By) Deputy Clerk |
|  | ENTERED ON January 3, 2012 |

10CV1901-BTM(BLM)